IN THE SUPREME COURT OF TEXAS

 No. 04-1043

 IN RE RUBY LUDWIG AND JOY HIGDON

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion to stay further proceedings, filed November
19, 2004, is granted. All proceedings in Causes 03-04-00464-CV, styled In
re Rudy V. Ludwig, and Cause 03-04-00466-CV, styled In re Joy Higdon, in
the The Texas Court of Appeals, Third District, and FM3-00564, styled In
The Interest of K.M.H. and Z.C.H., in the 126th District Court of Travis
County, Texas, are stayed pending further order of this Court. The
children shall remain in the custody of the Texas Department of Family and
Protective Services pending further action from this Court.

 2. The real parties in interest are requested to respond to
relator's petition for writ of mandamus no later than 3:00 p.m., on or
before November 29, 2004.

 Done at the City of Austin, this 19th day of November, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk